KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
State Bar No. 117798
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 620-6465
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLEEN FLYNN,**<br><br>Petitioner,<br><br>v.<br><br>**SUPERIOR COURT OF THE COUNTY OF LOS ANGELES,**<br><br>Respondent. | Case No. CV 15-6027-JAK (DFM)<br><br>**NOTICE OF PROPER COUNSEL FOR RESPONDENT** |

In its Order Requiring Response to First Amended Petition filed on September 16, 2015, this Court ordered that the California Attorney General file either a Motion to Dismiss or an Answer to the First Amended Petition for Writ of Habeas Corpus filed by a state prisoner pursuant to 28 U.S.C. § 2254.  However, as it appears from allegations set forth in the First Amended Petition that Petitioner was convicted of a misdemeanor and placed on probation for twenty-four months following her conviction for obstructing a public officer in Los Angeles County Superior Court case number 3MP04099, it is respectfully submitted that the proper

counsel for respondent is the Los Angeles City Attorney (the office which prosecuted Petitioner), as Petitioner is not in the custody of any official or officer of the State of California. The undersigned has contacted that office, and forwarded a copy of the First Amended Petition and this Court's Order dated September 16, 2015. The City Attorney has agreed to handle the case as the real party in interest, the People of the State of California. (*See* Cal. Gov't Code 72193.) Specifically, the matter will be handled by Deputy City Attorney Rick V. Curcio, 500 City Hall East, 200 North Main Street, Los Angeles, CA 90012.

    Therefore, it is respectfully submitted that the California Attorney General should be discharged from all further obligations to file a response to the First Amended Petition for Writ of Habeas Corpus filed in this matter.

Dated: September 23, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General

*/s/ Kenneth C. Byrne*
KENNETH C. BYRNE
Supervising Deputy Attorney General
*Attorneys for Respondent*

KCB:lds
LA2015603076
51916525.doc

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Colleen Flynn v. Superior Court of the County of Los Angeles | No. | CV 15-6027-JAK (DFM) |

I hereby certify that on <u>September 23, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF PROPER COUNSEL FOR RESPONDENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 23, 2015</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jorge Gonzalez, Esq.  
Law Offices of Jorge Gonzalez  
2485 Huntington Drive, Suite 238  
San Marino, California  91108  

Rick Curcio  
Deputy City Attorney  
Los Angeles City Attorney's Office  
Criminal Appellate Division  
500 City Hall East  
200 North Main St.  
Los Angeles, CA  900012  

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 23, 2015</u>, at Los Angeles, California.

| | |
|---|---|
| Linda Sarenas | */s/ Linda Sarenas* |
| Declarant | Signature |

LA2015603076  
51916608.doc51916608.doc