**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLEEN FLYNN, PLAINTIFF(S) v. LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEFENDANT(S). | CASE NUMBER LA CV15-06027 JAK (DFMx) |
| | **ORDER TRANSFERRING CIVIL ACTION PURSUANT TO GENERAL ORDER 16-05** |

Pursuant to General Order 16-05,

IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge R. Gary Klausner for all further proceedings.

December 14, 2016
Date

John A. Kronsadt
United States District Judge

December 15, 2016
Date

R. Gary Klausner
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials RGK after the case number, so that the case number will read 2:15-cv-06027 RGK(DFM) . This is very important because documents are routed to the assigned Judge by means of these initials.

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*