1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

COLLEEN FLYNN,

Case No. CV 15-06027-RGK (DFM)

12

Petitioner,

13

v.

Order Accepting Findings and
Recommendation of United States
Magistrate Judge

14

LOS ANGELES COUNTY CHIEF
PROBATION OFFICER JERRY
POWERS,

15

16

17

Respondent.

18

19

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the

20

other records on file herein, and the Report and Recommendation of the

21

United States Magistrate Judge. Further, the Court has engaged in a de novo

22

review of those portions of the Report and Recommendation to which

23

objections have been made. The Court accepts the findings and

24

recommendation of the Magistrate Judge.

25

///

26

///

27

///

28

///

1          IT IS THEREFORE ORDERED that Judgment be entered denying the

2   petition and dismissing this action with prejudice.

3

4   Dated: December 16, 2016

5   _____

6   R. GARY KLAUSNER
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28