JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLEEN FLYNN, | Case No. CV 15-06027-RGK (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: December 16, 2016

R. GARY KLAUSNER
United States District Judge